IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ERIC ELLIS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00973-SDJ-BD |
| | § | |
| TOWN OF NORTHLAKE, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 6, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #50), that the Defendants' Motions to Dismiss, (Dkts. #16, 23), be granted, Plaintiff Eric Ellis's ("Plaintiff") Motions for Default and Default Judgment, (Dkts. #19, 30, 38), be denied, and Plaintiff's Motion for Judgment on the Pleadings, (Dkt. #6), be dismissed as moot. Plaintiff filed Objections, (Dkt. #55), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motions to Dismiss, (Dkts. #16, 23), are **GRANTED**, the Motions for Default and Default Judgment, (Dkts. #19, 30, 38), are

**DENIED**, the Motion for Judgment on the Pleadings, (Dkt. #6), is **DISMISSED** as moot, and the Complaint, (Dkt. #14), is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that, within fourteen days of the docketing of this memorandum, Plaintiff may file an Amended Complaint correcting the deficiencies identified in the Report. If he fails to do so, the case will be dismissed with prejudice.

**So ORDERED and SIGNED this 30th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE